UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DPWN HOLDINGS (USA), INC.

      Plaintiff,

v.

AIR CANADA; AC CARGO LP

      Defendants.

Civil Action No. 13-6399

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff DPWN Holdings (USA), Inc., and the Defendants Air Canada and AC Cargo LP, that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    December 3, 2013

By: _____
J. Peter Coll, Jr.
Garret Rasmussen
Orrick, Herrington & Sutcliffe LLP
51 W. 52nd St.
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
Attorney for Plaintiff

_____
Sanford M. Litvack
Scott W. Reynolds
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Attorney for Defendants

SO ORDERED:

_____
United States District Judge John Gleeson